KETCHUM, Respondent, v. HOLDEN, Appellant. (Supreme Court, General Term, Third Department. September 27, 1895.) Action by Betsey Ketchum against James A. Holden, as administrator with the will annexed of Austin W. Holden, deceased. No opinion. Motion for reargument or leave to go to the court of appeals denied, with $10 costs. See 34 N. Y. Supp. 870.

KETTLE, Appellant, v. TURL et al., Respondents. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by James Kettle against John Turl and others. Motion for reargument of appeal. See 34 N. Y. Supp. 75.
PER CURIAM. The points severally alluded to by the appellant as having been overlooked by the court in its decision of the appeal appear from the opinion to have been duly considered. The case of Chisholm v. State, 141 N. Y. 246, 36 N. E. 184, does not limit Weston v. Troy, 139 N. Y. 282, 34 N. E. 780, cited in the opinion of the general term, but distinguishes it only, and nowise affects its application to the case at bar. Motion for reargument denied. No costs.

KLEINE, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Adolph Kleine, as administrator, etc., against the mayor, etc., of the city of New York. T. Connoly, for appellant. C. Goldzier, for respondent. No opinion. Judgment affirmed, with costs.

KOCH et al., Respondents, v. LINK et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Randolph Koch and another against Charles L. Link and others. H. Cooper, for appellants. M. W. Devine, for resnondents. No opinion. Order affirmed, with $10 costs and disbursements.

KREIZER, Appellant, v. ALLAIRE et al., Respondents. (City Court of New York, General Term. October 29, 1895.) Action by Berhard Kreizer against John T. Allaire and Thaddeus H. Allaire. Fromme Bros., for appellant. Chas. H. Benn, for respondents.
PER CURIAM. The order of the special term justice is affirmed, for the reason that the complaint and other papers used upon this motion, and upon which the order of arrest was granted, disclose no cause of action against defendants. Order affirmed, with costs.

KUCHENMEISTER v. BROWN et al. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Johanna Kuchenmeister against Vernon H. Brown and others. No opinion. Motion for reargument granted. See 34 N. Y. Supp. 180.

LADENBERG et al., Appellant, v. COMMERCIAL BANK OF NEWFOUNDLAND, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Adolf Ladenberg and another against the Commercial Bank of Newfoundland. E. H. Benn, for appellant. R. L. Redfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 33 N. Y. Supp. 821.

LANDGRAFF, Plaintiff, v. LANCASHIRE INS. CO., Defendant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Henry A. Landgraff against the Lancashire Insurance Company. H. Thompson, for plaintiff. Lord, Day & Lord, for defendant. No opinion. Order affirmed, with $10 costs and disbursements.

LANGE et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Henry Lange and others against the Manhattan Railway Company. R. P. Chittenden, for appellant. L. C. Dessar, for respondents. No opinion. Judgment affirmed, with costs.

LARKIN v. VILLAGE OF BROCKPORT. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Thomas Larkin against the village of Brockport. No opinion. Motion denied. See 34 N. Y. Supp. 551.

LEFROIS, Respondent, v. MONROE COUNTY, Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Joseph Lefrois against the county of Monroe. No opinion. Order affirmed, with $10 costs and disbursements. See 34 N. Y. Supp. 612.

LOWDEN, Respondent, v. BEATTIE, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by John Lowden against Martin Beattie. No opinion. Judgment and order affirmed.

McAVENEY, Appellant, v. BRUSH et al., Respondents. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Bryan McAveney against Thomas H. Brush, impleaded with others. Motion for reargument of appeal. See 34 N. Y. Supp. 101.
PER CURIAM. As the adjudication that defendant was in contempt was made at the general term upon appeal from an order holding otherwise for legal reasons, and the fine was imposed at the general term, we will allow a reargument upon the facts. Motion granted, without costs.